**Appeal Dismissed and Memorandum Opinion filed October 30, 2018.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00788-CV

---

### JOHN WAYNE PATTERSON, Appellant

### V.

### HOUSTON FEDERAL CREDIT UNION, Appellee

---

**On Appeal from County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1100303**

---

## M E M O R A N D U M   O P I N I O N

Appellant filed his notice of appeal on August 31, 2018. To date, our records show that appellant has not paid the appellate filing fee, and no evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5; Tex. Gov't Code Ann. § 51.207 (West 2013).

On October 4, 2018, this court ordered appellant to pay the appellate filing fee on or before October 15, 2018, or the appeal would be dismissed. Appellant has not

paid the appellate filing fee.

Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Christopher, Jamison, and Brown.